1 NATHAN A. SCHULTZ (State Bar No. 223539)
KEVIN P. GARLAND (State Bar No. 270943)
2 2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
3 Telephone: (310) 586-7700
4 Facsimile: (310) 586-7800

5 Proposed Attorneys for Official Committee
of Creditors Holding Unsecured Claims
6

**FILED & ENTERED**

**DEC 14 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kent      DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>KRYSTAL KOACH, INC.,<br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 8:10-bk-26547-RK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTIONS TO APPROVE (I) POST-PETITION FINANCING; AND (II) CASH COLLATERAL STIPULATION/USE OF CASH COLLATERAL**<br><br>**CURRENT**<br>Date: December 14, 2010<br>Time: 4:00 p.m.<br><br>**CONTINUED**<br>Date: December 21, 2010<br>Time: 3:30 p.m.<br>Place: 5D |

The Court, having considered the "Stipulation Regarding Continuance Of Final Hearing On Motions To Approve (I) Post-Petition Financing; And (II) Cash Collateral Stipulation/Use of Cash Collateral" [filed December 13, 2010 at 5:50 p.m. as Docket No. 56] (the "Stipulation") filed on December 13, 2010;

And the Court finding that notice of the Stipulation was sufficient and proper under the circumstances, and good cause appearing therefore;

//

**HEREBY ORDERS THAT**:

1. The Stipulation is APPROVED.

2. The final hearing scheduled for December 14, 2010 on the Debtor's emergency motions seeking approval for (1) use of cash collateral [Docket No. 5], and (2) post-petition financing [Docket No. 3], is continued to December 21, 2010 at 3:30 p.m.

3. The deadline (for the Committee only) to object to final approval of the Cash Collateral Motion and the DIP Motion shall be December 17, 2010 at noon.

4. Any reply to an objection by the Committee may be filed prior to the hearing.

###

DATED: December 14, 2010

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404

A true and correct copy of the foregoing document described **[PROPOSED] ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTIONS TO APPROVE (I) POST-PETITION FINANCING; AND (II) CASH COLLATERAL STIPULATION/USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 13, 2010 | Nathan A. Schultz | /s/ Nathan A. Schultz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Service List (via email)**

Ron Bender on behalf of Debtor Krystal Koach Inc
rb@lnbrb.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Philip A Gasteier on behalf of Debtor Krystal Koach Inc
pag@lnbrb.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Aaron J Malo on behalf of Interested Party Courtesy NEF
amalo@sheppardmullin.com

Kyle J Mathews on behalf of Comerica Bank
kmathews@sheppardmullin.com

Krikor J Meshefejian on behalf of Debtor Krystal Koach Inc
kjm@lnbrb.com

Thomas E Shuck on behalf of Interested Party Courtesy NEF
malvarado@pmcos.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Pamela Kohlman Webster on behalf of Creditor Banc of America Leasing & Capital
pwebster@buchalter.com

Michael H Weiss on behalf of Seven One Ltd. (DIP Lender)
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF FINAL HEARING ON MOTIONS TO APPROVE (I) POST-PETITION FINANCING; AND (II) CASH COLLATERAL STIPULATION/USE OF CASH COLLATERAL** served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 14, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Ron Bender    rb@lnbrb.com
Frank Cadigan    frank.cadigan@usdoj.gov
Philip A Gasteier    pag@lnbrb.com
Michael J Hauser    michael.hauser@usdoj.gov
Aaron J Malo    amalo@sheppardmullin.com
Kyle J Mathews    kmathews@sheppardmullin.com
Krikor J Meshefejian    kjm@lnbrb.com
Nathan A Schultz    schultzn@gtlaw.com
Thomas E Shuck    malvarado@pmcos.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Pamela Kohlman Webster    pwebster@buchalter.com
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Krystal Koach Inc
2701 E Imperial Highway
Orange, CA 92821

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

N/A