RON BENDER (SBN 143364)
PHILIP A. GASTEIER (130043)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyb.com; pag@lnbyb.com; kjm@lnbyb.com

Proposed Counsel for Chapter 11 Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

KRYSTAL KOACH, INC.,

          Debtor and Debtor in Possession.

Case No. 8:10-bk-26547

Chapter 11

**SUBMISSION OF DEBTOR'S SCHEDULES OF ASSETS & LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS**

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Central District of California - Santa Ana

| | | | |
|---|---|---|---|
| In re | **Krystal Koach, Inc.** | Case No. | **8:10-bk-26547-RK** |
| | Debtor(s) | Chapter | **11** |

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**N/A**__ .

2. The following financial data is the latest available information and refers to the debtor's condition on ___**N/A**___ .

   a. Total assets       $ _____**0.00**

   b. Total debts (including debts listed in 2.c., below)    $ _____**0.00**

   c. Debt securities held by more than 500 holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |

   d. Number of shares of preferred stock     **0**     **0**

   e. Number of shares common stock     **0**     **0**

     Comments, if any:
     **THIS FORM IS NOT APPLICABLE TO THE DEBTOR**

3. Brief description of Debtor's business:
     **THIS FORM IS NOT APPLICABLE TO THE DEBTOR**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
     **THIS FORM IS NOT APPLICABLE TO THE DEBTOR**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender (SBN 143364)**<br>**Philip A. Gasteier (SBN 130043)**<br>**Krikor J. Meshefejian (SBN 255030)**<br>**Levene, Neale, Bender, Yoo & Brill L.L.P.**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Krystal Koach, Inc.** | CASE NO.: **8:10-bk-26547-RK**<br>ADV. NO.:<br>CHAPTER:    **11** |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

# Corporate Ownership Statement Pursuant to
# FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,     **Krikor J. Meshefejian**     , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ My firm represents the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.     ☒ To our knowledge, there are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

*/s/ Krikor J. Meshefejian*                              December 15, 2010
Signature of Attorney or Declarant                Date

 Krikor J. Meshefejian, Esq.
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                          **F 1007-4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California – Santa Ana

In re    **Krystal Koach, Inc.**

Debtor

Case No.  **8:10-bk-26547-RK**

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward P. Grech**<br>**31675 SeaBluff Lane**<br>**Laguna Beach, CA 92651** | **Common stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  *12 – 14 – 2010*

Signature

Edward P. Grech
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Ron Bender (SBN 143364)**<br>**Philp A. Gasteier (SBN 130043)**<br>**Krikor J. Meshefejian (SBN 255030)**<br>**Levene, Neale, Bender, Yoo & Brill L.L.P.**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**Tel: (310) 229-1234**<br>**Fax: (310) 229-1244** | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** | |
|---|---|
| In re:<br><br>    **Krystal Koach, Inc.**<br><br>                                              Debtor. | CHAPTER 11<br><br>CASE NUMBER **8:10-bk-26547-RK**<br><br>                (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*: **2701 East Imperial Highway, Brea, California 92821**

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    **2701 East Imperial Highway, Brea, California 92821**

3.    Disclose the current business address(es) for all corporate officers:

    **2701 East Imperial Highway, Brea, California 92821**

4.    Disclose the current business address(es) where the Debtor's books and records are located:

    **2701 East Imperial Highway, Brea, California 92821**

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    **2701 East Imperial Highway, Brea, California 92821**

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    **N/A**

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

    **Edward P. Grech, President, Chief Executive Officer, and Sole Shareholder of the Debtor.**
    **31675 SeaBluff Lane, Laguna Beach, California 92651**

8.    Total number of attached pages of supporting documentation: ___

*Rev. 12/99*   This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.                **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                    **VEN-C**

| In re | | CHAPTER 11 |
|---|---|---|
| **Krystal Koach, Inc.** | Debtor. | CASE NUMBER **8:10-bk-26547-RK** |

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and
correct.

Executed on _12 - 14 - 10_ at _Orange,_ California.

**Edward P. Grech**
_Type Name of Officer_

**President, Chief Executive Officer**
_Position or Title of Officer_

_Signature of Declarant_

_Rev. 12/99_  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.                    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Krystal Air, LLC, an affiliate, filed a Voluntary Chapter 11 Petition on November 3, 2010 with the Central District of California (San Fernando Valley Division), Case No. 1:10-bk-23983-MT, before the Honorable Maureen Tighe.  That affiliated case is still pending.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Krystal Air, LLC, an affiliate, filed a Voluntary Chapter 11 Petition on November 3, 2010 with the Central District of California (San Fernando Valley Division), Case No. 1:10-bk-23983-MT, before the Honorable Maureen Tighe.  That affiliated case is still pending.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Orange_____ , California.

Dated _____12-14-10_____

Edward P. Grech, President and Chief Executive Officer
Krystal Koach, Inc.
*Debtor*

*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** | |
| In re<br><br>**Krystal Koach, Inc.**<br><br><div align="right">Debtor.</div> | Case No.:  8:10-bk-26547-RK<br><br>**DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................ $      **120,000.00***

    Prior to the filing of this statement I have received .................................. $      **120,000.00**

    Balance Due ............................................................................................. $        **0.00**

2.  $  **1,039.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters; and
    e.  See Debtor's Application To Employ Levene, Neale, Bender, Yoo & Brill L.L.P. As Bankruptcy Counsel (the "Application).

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:  See the Application.

| |
|---|
| <div align="center">**CERTIFICATION**</div><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>  December 15, 2010                */s/ Ron Bender*<br>  Date                             **Ron Bender**<br>                                 *Signature of Attorney*<br>                                 **Levene, Neale, Bender, Yoo & Brill LLP**<br>                                 *Name of Law Firm*<br>                                 **10250 Constellation Blvd.**<br>                                 **Suite 1700**<br>                                 **Los Angeles, CA 90067** |

\* * **This sum is just the pre-bankruptcy retainer.  The Debtor will be liable to Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), and LNBYB will seek to be paid from the estate, for all post-petition fees and expenses in excess of the retainer.**